UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No.  2:15-cr-28

    v.                                   HON.  R. ALLAN EDGAR

Ethan Jared Pipping

        Defendant.
_____/

ORDER

At the change of plea hearing held February 19, 2016, defendant entered a guilty plea to the indictment.  The government moved for detention at that time which was supported by pretrial services.

For reasons stated on the record the defendant shall report to the U.S. Probation Services office at 11:00 am and to the Marquette County Jail by 12:00 pm (Noon) on Monday, February 22, 2016 to be detained pending sentencing.

    IT IS ORDERED


Dated:  2/19/2016                              /s/ Timothy P. Greeley
                                                TIMOTHY P. GREELEY
                                                UNITED STATES MAGISTRATE JUDGE